IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR126

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| HORACE LEROY BRAZZELL | ) | |

**THIS MATTER** is before the Court on motion of appointed counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Richard E. Cassady is hereby permitted to file an interim fee petition in this matter.

Signed: August 18, 2009

Lacy H. Thornburg
United States District Judge